IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR61 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DALINDA GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Shannon P. O'Connor, First Assistant Federal Public Defender and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Dalinda Garcia (Garcia) (Filing No. 49). Mr. O'Connor represents he has a conflict of interest in this matter as the Office of the Federal Public Defender represents another person whose interests are in conflict with that of Garcia. Mr. O'Connor's motion to withdraw (Filing No. 49) is granted. Susan M. Bazis, 209 South 19th Street, Omaha, NE 68102 (402) 342-4246, is appointed to represent Garcia for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Ms. Bazis with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Garcia's defense.

The clerk shall provide a copy of this order to Ms. Bazis, and Ms. Bazis shall enter her appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 22nd day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge