IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR61 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DALINDA GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Dalinda Garcia (Garcia) (Filing No. 54). Garcia seeks an additional twenty days in which to file pretrial motions in accordance with the progression order (Filing No. 14). Since new counsel has been recently appointed for Garcia, the motion will be granted.

**IT IS ORDERED:**

Defendant Garcias motion for an extension of time (Filing No. 54) is granted. Defendant Garcia is given until **on or before April 14, 2006,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 24, 2006 and April 14, 2006**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge