**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.   8:06CR61** |
| **vs.** | ) | |
| | ) | |
| **DALINDA GARCIA,** | ) | |
| | ) | |
| | ) | **ORDER** |
| **Defendant.** | ) | |

This matter comes on to consider the government's motion for reduction of sentence pursuant to Rule 35(b) and request for hearing, Filing No. 195. Having considered the matter,

IT IS ORDERED that:

1.    The government's request for hearing, Filing No. 195, is granted.

2.    A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) has been set before the undersigned United States district judge on **January 17, 2008 at 1:30 p.m.** in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3.    Beau Finley is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

4.    The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

Dated this 17th day of January, 2008.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge